IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT L CAZET, et al.,

    Plaintiffs,

v.

TOPPA EPPS, et al.,

    Defendants.

_____/

No. C 10-02460 JSW

**ORDER SETTING BRIEFING AND HEARING SCHEDULE RE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

       On June 8, 2010, Plaintiffs Robert L. Cazet, Alumni Athletics USA, LLC and Alumni Athletics, USA Inc. ("Plaintiffs") filed an *ex parte* application for a temporary restraining order against Defendants Toppa Epps, Cameron Ripley, and Edward Hayman ("Defendants"). Plaintiffs seek a temporary restraining order enjoining Defendants from using the name Alumni Athletics USA or any confusingly similar names as either a trade name or as a domain name, including but not limited to "Alumni Athletics," "Alumni Athletics Association," "Alumni Football" and "Alumni Football USA" in whole or part and from using any videos and pictures on their website and/or promotional materials, which depict games which were organized or sponsored by any of the Plaintiffs or having hyperlinks to any such videos or pictures.

       The Court will conduct a hearing on Plaintiffs' application at 9:00 a.m. on June 11, 2010. Plaintiffs filed a proof of service indicating that they served a copy of the *ex parte* application and supporting papers on Defendants. The Court FURTHER ORDERS that Plaintiffs shall serve on Defendants a copy of the complaint in the above captioned matter and a

copy of this order by no later than 1:30 p.m. today, June 9, 2010, with proof of such service to be filed by 4:00 p.m. For purposes of hearing this application on an expedited basis, Plaintiffs may serve Defendants by facsimile or e-mail. However, this does not excuse Plaintiffs from properly serving the summons and complaint.

Defendants shall file their response to this application by no later than 9:00 a.m. tomorrow, June 10, 2010, with chambers copies delivered directly chambers by no later than 10:00 a.m. on June 10, 2010. Plaintiffs may file a response by no later than 2:00 p.m. on June 10, 2010, with chambers copies delivered directly chambers by no later than 2:30 p.m. on June 10, 2010.

The parties should be prepared at the hearing to address whether they consent to have this case heard by a magistrate judge.

**IT IS SO ORDERED.**

Dated: June 9, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2