1 | Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
2 | 412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
3 | 707.578.9333 phone
707.578.3133 fax
4 | E-mail: craig@northbay-iplaw.com

5 | Attorneys for Defendant
TOPPA EPPS

6

7

8 | **UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9 | **SAN FRANCISCO**

10

11 | ROBERT L. CAZET, et al.                    CASE NO. C 10-02460 JSW

12 |       Plaintiffs                         DENYING
[Proposed] ORDER ~~GRANTING~~
13 |     v.                                 DEFENDANT TOPPA EPPS' REQUEST
TO APPEAR BY TELEPHONE AT THE
14 | TOPPA EPPS, et al.                         HEARING ON PLAINTIFF'S
APPLICATION FOR A TEMPORARY
15 |       Defendant.                       RESTRAINING ORDER
AND CONTINUING HEARING TO 2:00 PM
16 |                                            Hearing Date: June 11, 2010
Time: 9:00 a.m.
17 |                                            Courtroom 11, 19th Floor

18

19 |     Having considered the June 9, 2010 request by Defendant TOPPA EPPS that its counsel,

20 | Craig M. Stainbrook, be permitted to appear by telephone at the June 11, 2010 hearing regarding

Plaintiff's application for a temporary restraining order at 9:00 a.m. in Courtroom 11, and good
21 |
cause appearing therefor, IT IS HEREBY ORDERED that said request is ~~GRANTED~~. denied. The
22 | hearing shall be heard on Friday, June 11, 2010 at 2:00 p.m. in
Courtroom 11, 19th Floor.
23 | DATED: June 10, 2010

24

25

26 | _____
JEFFREY S. WHITE
27 | UNITED STATES DISTRICT JUDGE

28

*Order Granting Defendant TOPPA EPPS*
*Request to Appear by Telephone at the Hearing on*
*Plaintiff's Application for a Temporary Restraining Order* 1                    *C 10 -02460 JSW*