IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT L CAZET, et al.,

    Plaintiffs,                                    No. C 10-02460 JSW

   v.

TOPPA EPPS, et al.,                            **ORDER TO SHOW CAUSE**

    Defendants.

_____/

      Defendants Toppa Epps, Cameron Ripley, and Edward Hayman ("Defendants") were ordered to file an opposition to Plaintiffs' application for a temporary restraining order by 9:00 a.m. today, June 10, 2010. Despite having notice of Plaintiffs' application and of the Court's order, Defendants have failed to comply. Therefore, the Court HEREBY ORDERS Defendants to show cause ("OSC") in writing why Plaintiff's application should not be granted as unopposed and why Defendants' counsel should not be sanctioned in the amount of $500 for failing to comply with the Court's order. Defendants shall file a response to this OSC by no later than 2:00 p.m. on June 10, 2010. If Defendants do not file a response to this OSC and do not file an opposition to Plaintiffs' application, along with a request providing good cause to file

///

///

///

///

their opposition late, the Court will vacate the hearing and grant Plaintiffs' application as unopposed.

**IT IS SO ORDERED.**

Dated: June 10, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2