IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L CAZET, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TOPPA EPPS, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-02460 JSW<br><br>**ORDER DISCHARGING TO SHOW CAUSE** |

The Court has received the response to the order to show cause filed by Defendants Toppa Epps and Cameron Ripley ("Defendants"). Although the summons and complaint may not have been properly served, Defendants clearly had notice of Plaintiffs' *ex parte* application for a temporary restraining order and of the Court's order requiring a written response. Although the Court does not condone Defendants' delay, the Court shall address this matter on the merits. Therefore the Court will provide Defendants until 5:00 p.m. on June 10, 2010, to file an opposition to Plaintiffs' application for a temporary restraining order, with chambers copies delivered directly chambers by no later than 9:00 a.m. on June 11, 2010. Any brief filed after this time will not be considered by the Court. If Defendants do not file a written opposition, containing all of their arguments opposing the issuance of a temporary restraining order, the Court will vacate the hearing and issue Plaintiffs' requested temporary injunction. If Defendants file an opposition within this deadline, Plaintiffs may file a reply by no later than 9:00 a.m. on June 11, 2010, with chambers copies delivered directly chambers by no later than

10:00 a.m. on June 11, 2010. The Court will not impose monetary sanctions at this time. However, the parties are admonished that any further violations of this Court's orders will be sanctioned.

**IT IS SO ORDERED.**

Dated: June 10, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE