IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT L CAZET, et al.,

    Plaintiffs,

v.

TOPPA EPPS, et al.,

    Defendants.

                                   /

No. C 10-02460 JSW

**ORDER SETTING BRIEFING SCHEDULE**

      This matter is set for a hearing on October 1, 2010 on Plaintiffs and Counter-Defendants' motion to dismiss counterclaims and affirmative defenses. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 27, 2010 and a reply brief shall be filed by no later than September 3, 2010.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: August 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE