BRYAN W. DILLON (State Bar No. 203052)
bwd@singler-law.com
JASON D. MAYNARD (State Bar No. 253076)
jdm@singler-law.com
BRUCE J. NAPELL (State Bar No. 115116)
bjn@singler-law.com
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile: (707) 823-8737
Attorneys for Plaintiffs/Counterdefendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. CAZET, an individual et al,<br><br>Plaintiff,<br><br>vs.<br><br>TOPPA EPPS, an individual, et al,<br><br>Defendants. | CASE NO: C 10-02460 JSW<br><br>STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE [Civ. Standing Order No. 4] |
| TOPPA EPPS, an individual et al,<br><br>Counterclaimants,<br><br>vs.<br><br>ROBERT L. CAZET, an individual, et al,<br><br>Counterdefendants. | |

## **STIPULATION**

WHEREAS Defendants/Counterclaimants have filed an Answer asserting twenty-four (24) affirmative defenses, and a counterclaim asserting eight (8) additional Counts in this action;

WHEREAS Plaintiffs/Counterdefendants have moved to dismiss six (6) of the eight (8) Counts asserted by Defendants/Counterclaimants, and moved to strike eight (8) of their twenty-four (24) affirmative defenses;

WHEREAS the initial Case Management Conference is currently set for September 10, 2010, and the deadline for the parties to file their Joint Case Management and Proposed Discovery Plan is September 3, 2010;

WHEREAS the parties do not anticipate a ruling on Plaintiffs' Motion to Dismiss /Strike before such dates;

WHEREAS the parties' have met and conferred pursuant to Rule 26(f)(1) and agreed it would be impractical to develop a proposed discovery plan or to provide initial disclosures while the pleadings remain unsettled.

THE PARTIES HEREBY AGREE AND STIPUATE AS FOLLOWS:

1. That pursuant to Civil Standing Order No. 4, the Initial Case Management Conference scheduled for September 10, 2010 should be vacated, and rescheduled to October 8, 2010 at 1:30 pm, or as soon thereafter as is convenient for the Court. All corresponding deadlines should be reset accordingly;

2. The Rule 26 Initial Disclosure deadline is extended to October 1, 2010; and,

3. Should the pleadings remain unsettled following the Court's ruling on Plaintiffs/Counterdefendants' Motion to Dismiss/Strike (e.g., leave to amend is granted, etc.), the Court may, and is requested to, revisit this issue and reset the above dates accordingly.

Dated: August 20, 2010

**SINGLER, NAPELL & DILLON, LLP**

/S/BRYAN W. DILLON
By_____
Jason D. Maynard
Attorneys for Plaintiffs and Counterdefendants
Robert L. Cazet, Alumni Athletics USA, LLC, and
Alumni Athletics USA, Inc.

Dated: August 20, 2010

**STAINBROOK & STAINBROOK, LLP**

/S/CRAIG M. STAINBROOK
By_____
Craig M. Stainbrook
Attorneys for Defendants/Counterclaimants

2

431/04/0090.1     Stipulation and Order Modifying Case Management Schedule
C 10-02460 JSW

SINGLER, NAPELL & DILLON, LLP
127 S. Main Street, Sebastopol, CA 95472
(707) 823-8719   (707) 823-8737 Fax

## **ORDER**

For good cause showing, and on agreement of the parties, the Initial Case Management Conference in this matter scheduled for September 10, 2010 is hereby vacated, and rescheduled to October ~~8~~ 29, 2010 at 1:30 pm. All corresponding deadlines are reset accordingly. The Parties' Rule 26 Initial Disclosure deadline is extended to October 1, 2010.

IT IS SO ORDERED.

Date: August 23, 2010

_____
Hon. JEFFREY S. WHITE
United States District Judge