IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT L CAZET, et al.,

    Plaintiffs,

v.

TOPPA EPPS, et al.,

    Defendants.

                             /

No. C 10-02460 JSW

**ORDER VACATING HEARING**

      Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and strike which has been noticed for hearing on Friday, October 1, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

      **IT IS SO ORDERED.**

Dated: September 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE