CRAIG M. STAINBROOK (State Bar #160876)
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
(707) 578-9333 phone
(707) 578-3133 fax

Attorneys for Defendants/Counterclaimants
TOPPA EPPS, CAMMERON RIPLEY,
EDWARD HAYMAN, AND AAUSA, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ROBERT L. CAZET, an individual, ALUMNI ATHLETICS USA, LLC, a California limited liability company, and ALUMNI ATHLETICS USA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TOPPA EPPS, an individual, CAMMERON RIPLEY, an individual, EDWARD HAYMAN, an individual (all dba Alumni Athletics USA), AAUSA,LLC and DOES 1 - 10, inclusive,<br><br>Defendants. | CASE NO. CV 10-02460 JSW<br><br>**STIPULATION TO STRIKE FROM RECORD SECOND AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM AGAINST ROBERT L. CAZET, ALUMNI ATHLETICS USA, LLC, ALUMNI ATHLETICS USA, INC., AND DOES 1 - 10, INCLUSIVE; [PROPOSED] ORDER**<br><br>Trial Date: September 12, 2011 |
| TOPPA EPPS, an individual, et al.,<br><br>Counterclaimants,<br><br>v.<br><br>Robert L. Cazet, et al.,<br><br>Counterclaim Defendants. | |

*Stipulation to Strike from Record Second Amended Answer to First Amended Complaint, Affirmative Defenses, and Counterclaim*     1     Case No. CV 10-02460 (JSW)

# STIPULATION

On November 2, 2010, Defendants/Counterclaimants filed a Second Amended Answer to Plaintiffs' First Amended Complaint, Affirmative Defenses, and Counterclaim, now bearing ECF-CAND Doc. No. 58. Shortly after the filing, Plaintiffs' counsel communicated to Defense counsel objections to the pleading as failing to conform with this Court's Order of October 13, 2010. In an effort to avoid time consuming and expensive motions, to conserve judicial resources, and to simplify the operative pleadings, Defendants do not wish to contest the points raised by Plaintiffs. Therefore, the parties, through their respective attorneys of record, hereby stipulate as follows:

1. That the Second Amended Answer to Plaintiffs' First Amended Complaint, Affirmative Defenses, and Counterclaim, be stricken from the record in its entirety; and

2. That Defendants shall have until November 12, 2010 to file a Second Amended Answer and Affirmative Defenses.

DATED: November 11, 2010

STAINBROOK & STAINBROOK, LLP

By _____
Craig M. Stainbrook
Attorneys for Defendants/Counterclaimants
Toppa Epps, Cammeron Ripley,
Edward Hayman, and AAUSA, LLC

Dated: November __, 2010

SINGLER, NAPELL & DILLON, LLP

By _____
Jason D. Maynard
Attorneys for Plaintiffs/Counterdefendants
Robert L. Cazet, Alumni Athletics USA, LLC,
and Alumni Athletics USA, Inc.

---

IT IS SO ORDERED.

Dated: November 15, 2010

_____
Honorable Jeffrey S. White
United States District Judge

*Stipulation to Strike from Record Second Amended Answer to First Amended Complaint, Affirmative Defenses, and Counterclaim*     2     Case No. CV 10-02460 (JSW)