1  CRAIG M. STAINBROOK (State Bar #160876)
   STAINBROOK & STAINBROOK, LLP
2  412 Aviation Boulevard, Suite H
   Santa Rosa, California 95403
3  (707) 578-9333 phone
   (707) 578-3133 fax
4
   Attorneys for Defendants/Counterclaimants
5  TOPPA EPPS, CAMMERON RIPLEY,
   EDWARD HAYMAN, AND AAUSA, LLC
6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO
10

11 | ROBERT L. CAZET, an individual,          | CASE NO. CV 10-02460 JSW
   | ALUMNI ATHLETICS USA, LLC, a
12 | California limited liability company, and
   | ALUMNI ATHLETICS USA, INC., a           | **STIPULATION TO AMEND
13 | California corporation,                   | PROTECTIVE ORDER AND ORDER**

14 |     Plaintiffs,

15 |                                           | Trial Date: September 12, 2011
   | v.
16

17 | TOPPA EPPS, an individual, CAMMERON
   | RIPLEY, an individual, EDWARD
18 | HAYMAN, an individual (all dba Alumni
   | Athletics USA), AAUSA,LLC and DOES 1 -
19 | 10, inclusive,

20 |     Defendants.

21
22 | TOPPA EPPS, an individual, et al.,

23 |     Counterclaimants,

24 | v.

25 | Robert L. Cazet, et al.,

26 |     Counterclaim Defendants.

27
28
   *Stipulation to Amend Protective Order*

                                    1                    Case No. CV 10-02460 (JSW)

## STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate and agree to modify and amend the Protective Order entered in the above-captioned case as EFC-CAND Doc. No. 65, on 12/10/2010 (December 10, 2010) as follows:

Section 7 (ACCESS TO AND USE OF PROTECTED MATERIAL), subsection b) (Disclosure of "CONFIDENTIAL" Information or Items), shall be amended to include new sub-subsection x), which shall read:

x) any insurance carrier for the Receiving Party who, in connection with this action, has agreed in writing to provide insurance coverage to the Receiving Party under an applicable policy of insurance, with or without a reservation of rights, for either the costs of suit and/or for all or a portion of the monetary component of a settlement agreement entered into by the Receiving Party or a monetary judgment entered against the Receiving Party, and who has signed the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A;

DATED: January 11, 2011

STAINBROOK & STAINBROOK, LLP

By: _____
Craig M. Stainbrook
Attorneys for Defendants/Counterclaimants
Toppa Epps, Cammeron Ripley,
Edward Hayman, and AAUSA, LLC

Dated: January 10, 2011

SINGLER, NAPELL & DILLON, LLP

By: _____
Jason D. Maynard
Attorneys for Plaintiffs/Counterdefendants
Robert L. Cazet, Alumni Athletics USA, LLC,
and Alumni Athletics USA, Inc.

IT IS SO ORDERED.

Dated: January 11, 2011

_____
Honorable Jeffrey S. White
United States District Judge