Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax
E-mail: craig@northbay-iplaw.com

Robert B. Golden admitted *pro hac vice*
LACKENBACH SIEGEL LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale, New York 10583
914.723.4300 phone
914.723.4301 fax
E-mail: rgolden@LSLLP.com
Attorneys for Defendants/Counterclaimants
TOPPA EPPS, CAMMERON RIPLEY,
EDWARD HAYMAN, and AAUSA, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| ROBERT L. CAZET, an individual, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOPPA EPPS, an individual, et al.<br><br>Defendants. | CASE NO. C 10-02460 JSW<br><br>**[PROPOSED] Order Granting Defendants' Motion to Extend or Clarify the Time to File Motions for Summary Judgment, Pursuant to Local Rules 6-3, 7-1, and 7-11**, AS MODIFIED |
| TOPPA EPPS, an individual, et al.<br><br>Counterclaimants,<br><br>v.<br><br>ROBERT L. CAZET, an individual, et al.<br><br>Counterdefendants. | LR-6-3, 7-1, and 7-11 |

1

*[PROPOSED] Order Granting Defendants'
Motion to Extend or Clarify the Time to File
Motions for Summary Judgment, Pursuant to
Local Rules 6-3, 7-1, and 7-11*

**ORDER**

Defendants have submitted a Motion to Extend or Clarify the Time to File Motions for Summary Judgment, Pursuant To Local Rules 6-3, 7-1, And 7-11, a Memorandum of Points and Authorities and Declaration of Craig Stainbrook in Support of said Motion.  Plaintiffs filed a timely Opposition to said Motion.

After consideration of the briefs and all other matters presented to the Court, and in the exercise of the Court's broad discretion over all pre-trial activities (*Polar Bear Prods. v. Timex Corp.*, 384 F.3d 700, 719 (9th Cir.)), so as to give effect to the purposes of Rule 56 of the Federal Rules of Civil procedure and permit motions for summary judgment, if any, to be brought timely after conclusion of discovery, IT IS HEREBY ORDERED that Defendants' Motion to Extend or Clarify The Time To File Motions For Summary Judgment, Pursuant To Local Rules 6-3, 7-1, And 7-11 is GRANTED.

The date by which the parties must files their opening summary judgment briefs is hereby extended ~~until May 16, 2011.  All other dates shall remain unchanged.~~ as follows: the parties shall meet and confer on a briefing schedule on cross-motions for summary judgment whereby the opening brief on one party's summary judgment motion shall be filed by May 20, 2011; the other party shall file its opposition and opening cross-summary judgment brief by June 3, 2011; the reply in support of the opening motion and opposition to the cross-motion must be filed by June 17, 2011; the reply in support of the cross motion must be filed ~~by~~ June 24, 2011.

The hearing on the motions for summary judgment is continued from June 10, 2011 to July 15, 2011 at 9:00 a.m.  It is further ordered that the trial date is continued from September 12, 2011 to November 28, 2011.

Any other scheduling matters must be addressed in the parties' joint statement filed in advance of the further case management conference set for April 15, 2011.

**IT IS SO ORDERED.**

Dated: March 28, 2011

_____
JEFFREY S. WHITE
United States District Judge

*[PROPOSED] Order Granting Defendants' Motion to Extend or Clarify the Time to File Motions for Summary Judgment, Pursuant to Local Rules 6-3, 7-1, and 7-11*