Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax
E-mail: craig@northbay-iplaw.com

Robert B. Golden, Esq., *admitted pro hac vice*
LACKENBACH SIEGEL LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale, New York 10583
914.723.4300 phone
914.723.4301 fax
E-mail: rgolden@LSLLP.com
Attorneys for Defendants/Counterclaimants
TOPPA EPPS, CAMMERON RIPLEY,
EDWARD HAYMAN, and AAUSA, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| ROBERT L. CAZET, an individual, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOPPA EPPS, an individual, et al.<br><br>Defendants. | CASE NO. C 10-02460 JSW<br><br>**STIPULATION AND JOINT MOTION FOR AN ORDER MODIFYING SCHEDULING ORDER; [~~PROPOSED~~] ORDER]** |
| TOPPA EPPS, an individual, et al.<br><br>Counterclaimants,<br><br>v.<br><br>ROBERT L. CAZET, an individual, et al.<br><br>Counterdefendants. | |

The Court entered the original Order Scheduling Trial and Pretrial Matters on November 8, 2010 [ECF-CAND Doc. 59]. On the same date, the Court ordered the parties to this action to conduct an Early Neutral Evaluation by February 28, 2011, to conclude fact discovery by March 1, 2011, to file certification that all written discovery had been supplemented by January 28, 2011, and to conclude expert discovery by April 7, 2011.

On January 28, 2011, on stipulation and joint motion by the parties, the Court modified the Scheduling Order and ordered that the parties complete a private mediation on or before February 28, 2011, that the deadline to complete fact discovery would be extended to April 1, 2011, that the parties serve supplemental responses to written discovery no later than 10 days after the close of fact discovery and file a certification that supplementation is complete, and that expert discovery be extended to May 7, 2011.

The mediation process was sustained and protracted and endured from the mediation meeting, which took place on February 15, 2011, through ongoing efforts that lasted until the first week of March. With the expectation that a settlement might be reached, both parties deferred conducting expensive and time-consuming discovery, and only after it became clear that a settlement could not be achieved did the parties recommence the extensive discovery effort entailed by this case.

On March 11, 2010, again on Stipulation and Joint Motion for An Order Modifying Scheduling Order, the Court continued the date to complete fact discovery from April 1, 2010 to May 2, 2010, and that no later than 10 days after the close of fact discovery, all parties shall serve any supplemental responses to written discovery, and lead counsel shall file with the Court a certification that supplementation is complete.

On March 28, 2011, the Court granted Defendant's Motion to Extend or Clarify the Time to File Motions for Summary Judgment, Pursuant to Local Rules 6-3, 7-1, and 7-11. Pursuant to the

Court's Order [ECF-CAND Doc. 85] the parties are to meet and confer on a briefing schedule on cross-motions for summary judgment whereby the opening brief on one party's summary judgment motion shall be filed by May 20, 2011; the other party shall file its opposition and opening cross-summary judgment brief by June 3, 20-11; the reply in support of the opening motion and opposition to the cross-motion must be filed by June 17, 2011; the reply in support of the cross-motion must be filed by June 24, 2001.  The Court further Ordered that the hearing on the motions for summary judgment be continued from June 10, 2011 to July 15, 2011 at 9:00 am, and that the trial date be continued from September 12, 2011 to November 28, 2011. Other scheduling matters are to be addressed in the parties joint statement filed in advance of the further case management conference set for April 15, 2011.

     Plaintiffs and Defendants are currently engaged in taking depositions, with several remaining on each side. Both sides continue to update discovery responses and produce documents and things responsive to earlier filed discovery requests. Depositions of two Defendants are scheduled to take place either April 13-14 or 14-15 in Atlanta, Georgia; depositions of two Plaintiffs are currently being scheduled for April 27-28; depositions of third party witnesses are also being scheduled for the week of April 25-29. Counsel for each side remain flexible in scheduling depositions and cooperating with each other in an effort to complete fact discovery by the presently set deadline of May 2, 2010.

     The further case management conference is currently set for April 15, 2010. The parties are mindful that the purpose of interim pretrial conferences is to allow for a periodic review of the initial scheduling order and to give consideration to such matters as narrowing of issues, the appropriateness and timing of summary adjudication, amendments to pleadings, and so forth. In view of these established purposes, and further in view of the discovery remaining in the case, as well as the difficulty of coordinating long distance travel to attend the interim scheduling conference, the parties

respectfully submit that the further case management conference would be more productive for the parties, and more constructive and a better use of court resources were it continued to take place on a date which, in relation to other dates currently set, would place it at substantially the same relative date that it occupied in the original Order Scheduling Trial and Pretrial Matters – i.e., a reasonable time after the close of fact discovery.

For the foregoing reasons, good cause exists for modifying the November 8, 2010 Scheduling Order, as modified on January 28, 2001, March 3, 2011, and March 11, 2011. Wherefore the parties, through their respective attorneys of record, agree and stipulate to the following:

The further case management conference, currently scheduled for April 15, 2010, shall be continued to May 13 or May 20, 2010, or any date thereafter that the Court in its discretion deems appropriate and convenient.

**STAINBROOK & STAINBROOK, LLP**

Dated: April 4, 2011

By: _____
Craig M. Stainbrook

**LACKENBACH SIEGEL, LLP**
Robert B. Golden

Attorneys for Defendants/Counterclaimants
TOPPA EPPS, CAMMERON RIPLEY,
EDWARD HAYMAN, and AAUSA, LLC

Dated: April 4, 2011

**SINGLER, NAPELL & DILLON, LLP**

By: _____
Jason D. Maynard
Attorneys for Plaintiffs/Counterdefendants
Robert L. Cazet, Alumni Athletics USA, LLC,
And Alumni Athletics USA, Inc.

**ORDER**

The further case management conference is hereby continued to May 13, 2011 at 1:30 p.m. It is so ordered.

Dated: April 5, 2011

_____
Honorable Jeffrey S. White
United States District Judge