UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ROBERT L CAZET, *et al.*, | No. C 10-02460 JSW (LB) |
| Plaintiffs, | |
| v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| TOPPA EPPS, *et al.*, | |
| Defendants. | [ECF No. 91] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. ECF No. 92. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

The court notes that the parties have submitted a joint letter describing a dispute regarding Defendants' request for an order quashing two subpoenas directed to Defendants' insurance companies and/or for a protective order preventing Plaintiffs from subpoenaing the insurance companies. ECF No. 91. After reviewing the joint letter, the court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: April 27, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-02460 JSW (LB)
NOTICE OF REFERRAL AND ORDER