BRYAN W. DILLON (State Bar No. 203052)
bwd@singler-law.com
JASON D. MAYNARD (State Bar No. 253076)
jdm@singler-law.com
BRUCE J. NAPELL (State Bar No. 115116)
bjn@singler-law.com
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737

RALPH ROBINSON (State Bar No. 51436)
ralph.robinson@wilsonelser.com
FRANCIS TORRENCE (State Bar No. 154653)
francis.torrence@wilsonelser.com
ANDREW SMITH (State Bar No. 260671)
andrew.smith@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, California, 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Plaintiffs

SINGLER, NAPELL & DILLON, LLP
127 S. Main Street, Sebastopol, CA  95472
(707) 823-8719  (707) 823-8737 Fax

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. CAZET, an individual, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>TOPPA EPPS, an individual, et al<br><br>Defendants. | CASE NO. C 10-02460 JSW<br>ORDER ON<br>**STIPULATION AND JOINT MOTION TO EXTEND THE DISCOVERY MOTION CUTOFF DATE** |
| TOPPA EPPS, an individual, et al.<br><br>Counterclaimants,<br><br>vs.<br><br>ROBERT L. CAZET, an individual, et al.<br><br>Counterdefendants. | |

SINGLER, NAPELL & DILLON, LLP
127 S. Main Street, Sebastopol, CA 95472
(707) 823-8719  (707) 823-8737 Fax

## STIPULATION AND JOINT MOTION

## TO EXTEND THE DISCOVERY MOTION CUTOFF DATE

Whereas, pursuant to local rule 37-3 today, Monday, May 9, 2011 would be the discovery motion cut-off date in the above-captioned matter; and

Whereas the parties have been meeting and conferring regarding a list of deficiencies in Defendants' document production, most of which having been discovered recently during Defendants' and third party depositions; and

Whereas on Thursday May 5, 2011, Plaintiffs provided Defendants with Plaintiffs' half of a joint letter to Magistrate Judge Beeler seeking to compel further production and certain certifications, and also seeking a stay of this action; and

Whereas Defendants did not provide a response to this letter, but today, Monday, May 9, 2011, agreed to comply with Plaintiffs' demands with production to begin today; and

Whereas Plaintiffs would be prejudiced by losing the opportunity to make further discovery motions after review of Defendants' production and certifications;

Now therefore, all parties, through their respective counsel stipulate to, and respectfully request the Court order the following:

Plaintiffs shall have five court days, running from the time that Defendants certify that the productions and certifications agreed upon today are complete, to file any joint letter/discovery motion.  Such letters/motions shall be in accordance with the Court's standing order.

Dated: May 6, 2011

SINGLER, NAPELL & DILLON, LLP
/S/ JASON D. MAYNARD
By _____
Jason D. Maynard
Attorneys for Plaintiffs

STAINBROOK & STAINBROOK, LLP
/S/ CRAIG M. STAINBROOK
By _____
Craig M. ~~Stainbrook~~
Attorneys

Dated: May 6, 2011

**IT IS HEREBY ORDERED that the Scheduling Order is modified such that Defendants shall certify the stipulated production and certification by no later than 4 p.m., May 12, 2011, and Plaintiff may file a joint letter by 12 noon, May 18, 2011, in accordance with Magistrate Judge Beeler's standing order.**

Dated May 10, 2011

*IT IS SO ORDERED*
Jeffrey S. White
Judge Jeffrey S. White