IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT L CAZET, et al.,

    Plaintiffs,

v.

TOPPA EPPS, et al.,

    Defendants.

No. C 10-02460 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for hearing on July 22, 2011 on Plaintiffs' motion for stay (doc. no. 105). The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 27, 2011, and a reply brief shall be filed by no later than June 3, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 13, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE