IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L CAZET, et al., | |
| Plaintiffs, | No. C 10-02460 JSW |
| v. | |
| TOPPA EPPS, et al., | **ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO AMEND** |
| Defendants. | |

This matter is set for a hearing on July 22, 2011 on Plaintiffs and Counter-Defendants' motion to amend. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 8, 2011 and a reply brief shall be filed by no later than June 15, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE