Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax
E-mail: craig@northbay-iplaw.com

Robert B. Golden, admitted *pro hac vice*
LACKENBACH SIEGEL LLP
One Chase Road
Scarsdale, New York 10583
914.723.4300 phone
914.723.4301 fax
E-mail: rgolden@LSLLP.com

Attorneys for Defendants/Counterclaimants
TOPPA EPPS, CAMMERON RIPLEY,
EDWARD HAYMAN, and AAUSA, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| ROBERT L. CAZET, an individual, et al.<br><br>            Plaintiffs,<br><br>      v.<br><br>TOPPA EPPS, an individual, et al.<br><br>            Defendants. | CASE NO. C 10-02460 JSW<br><br>**STIPULATION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBERS 114 THROUGH 119-4** |
| TOPPA EPPS, an individual, et al.<br><br>            Counterclaimants,<br><br>      v.<br><br>ROBERT L. CAZET, an individual, et al.<br><br>            Counterdefendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on May 20, 2011, Defendants/Counterclaimants filed Defendants' Notice of |
| 3 | Motion and Motion for Summary Judgment and Defendants' Memorandum of Points and Authorities |
| 4 | in Support of Motion for Summary Judgment, and Declaration of Robert B. Golden in Support of |
| 5 | Defendants' Motion for Summary Judgment, including Exhibits 1, 3-8, 10, 12-17, 20 and 21 thereto, |
| 6 | now bearing ECF-CAND Doc Nos. 114 through 119-4. |
| 7 | WHEREAS, pursuant to Local Rule 79-5(b) and the Court's Protective Order for this case (See |
| 8 | ECF Document No. 66), when electronically filed, the above-described papers could only have been |
| 9 | lodged under seal or agreement of the parties, but were not. |
| 10 | WHEREAS, pursuant to the recommendation and request of the Court Clerk on May 26, 2011, |
| 11 | that if the parties did not disagree on withdrawal of the incorrectly filed documents, counsel for |
| 12 | Defendants should withdraw Defendants' Notice of Motion and Motion to Remove Incorrectly Filed |
| 13 | Documents; Docket Numbers 114 through 119-4, and file instead a Stipulation for same. |
| 14 | WHEREAS, the parties agree the documents should be withdrawn. |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | |

NOW THEREFORE, the parties, through their respective attorneys of record, hereby stipulate and agree that Defendants' Notice of Motion and Motion for Summary Judgment and Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment, and Declaration of Robert B. Golden in Support of Defendants' Motion for Summary Judgment, as filed on May 20, 2011, be permanently removed and deleted from the record.

DATED: May 26, 2011   **STAINBROOK & STAINBROOK, LLP**

By /Craig M. Stainbrook/
   Craig M. Stainbrook
   Attorneys for Defendants/Counterclaimants

Dated: May 26, 2011   SINGLER, NAPELL & DILLON, LLP

By /Bryan W. Dillon/
   Bryan W. Dillon
   Attorneys for Plaintiffs/Counterdefendants

---

ORDER

IT IS SO ORDERED.

Dated: May 27, 2011

_____
Honorable Jeffrey S. White
United States District Judge