BRYAN W. DILLON (State Bar No. 203052)
bwd@singler-law.com
JASON D. MAYNARD (State Bar No. 253076)
jdm@singler-law.com
SINGLER & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile: (707) 823-8737

Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. CAZET, an individual, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>TOPPA EPPS, an individual, et al<br><br>Defendants. | CASE NO: C 10-02460 JSW<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE CASE**<br><br>F.R.C.P. 41(a)(1)(A)(ii) |
| TOPPA EPPS, an individual, et al.<br><br>Counterclaimants,<br><br>vs.<br><br>ROBERT L. CAZET, an individual, et al.<br><br>Counterdefendants. | |

i

431/004/0748.2                                STIPULATION AND ORDER OF DISMISSAL C 10-02460 JSW

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by all parties that have appeared that both Plaintiffs' First Amended Complaint [ECF 25] and Counterclaimants' Counterclaim [ECF 32] be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: July 6, 2012

**SINGLER & DILLON, LLP**

By: _____
Jason D. Maynard
Attorneys for Plaintiffs and Counterdefendants

Dated: July 6, 2012

**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**

By: _____
Mitchell B. Greenberg
Attorneys for Defendants and Counterclaimants

IT IS SO ORDERED.

Date: July 10, 2012

_____
Hon. JEFFREY S. WHITE
United States District Judge

SINGLER & DILLON, LLP
127 S. Main Street, Sebastopol, CA 95472
(707) 823-8719  (707) 823-8737 Fax

431/004/0748.2

ii

STIPULATION AND ORDER OF DISMISSAL C 10-02460 JSW

# CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for defendants/counterclaimants, Toppa Epps, Cammeron Ripley, Edward Hayman and AAUSA, LLC, do hereby certify that on July 9, 2012, I electronically filed the foregoing **"STIPULATION AND ORDER DISMISSING ENTIRE CASE"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: July 9, 2012.  ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
Mitchell B. Greenberg
Attorneys for Defendants/Counterclaimants